1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10

| 11 | MANUEL RUBEN SANCHEZ, | Case No. CV 22-01516-GW (AS) |
|---|---|---|
| 12 | Petitioner, | **ORDER ACCEPTING FINDINGS,** |
| 13 | v. | **CONCLUSIONS AND** |
| 14 | R.C. JOHNSON, | **RECOMMENDATIONS OF UNITED** |
| 15 | | **STATES MAGISTRTE JUDGE** |
| 16 | Respondent. | |

17

18    Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19 Petition, all of the records herein and the attached Report and
20 Recommendation of United States Magistrate Judge.  After having
21 made a _de_ _novo_ determination of the portions of the Report and
22 Recommendation to which Objections were directed, the Court concurs
23 with and accepts the findings and conclusions of the Magistrate
24 Judge.

25

26 //

27
28

**IT IS ORDERED** that Judgment be entered denying the Petition and dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

DATED: July 25, 2022

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE