JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MANUEL RUBEN SANCHEZ,<br><br>              Petitioner,<br><br>   v.<br><br>R.C. JOHNSON,<br><br>             Respondent. | Case No. CV 22-01516-GW (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: July 25, 2022

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE